## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CASE NO.:  6:25-cv-01155-ACC-DCI

JAMES DOUGLAS STERGAS a/s/o
RUFUS LEE WADLEY,

      **Plaintiff,**

vs.

LYFT, INC. d/b/a LYFT FLORIDA, INC.

      **Defendant.**

_____/

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE

The Plaintiff, JAMES DOUGLAS STERGAS a/s/o RUFUS LEE WADLEY, by and through his undersigned attorney, Mark A. Matovina, Esquire, and pursuant to Federal Rules of Civil Procedure 41(a)(1) hereby dismisses the previously filed action against the Defendant, LYFT, INC. d/b/a LYFT FLORIDA, INC., without prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *MARK A. MATOVINA*
Mark A. Matovina, Esquire
Florida Bar No.: 563943
Attorney for Plaintiff
POLITIS & MATOVINA, P.A.
730 Dunlawton Avenue
Port Orange, FL  32127
Phone No.: (386)767-0911 (tlw)
Fax No.: (386)767-1994
eservice@PolitisLawFirm.com
Mark@Hereforyou.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2025, a true and correct copy of the foregoing has been furnished by email to:

Scott M. Sarason, Esquire
Rumberger, Kirk & Caldwell, P.A.
ssarason@rumberger.com
docketingmiami@rumberger.com
ssarasonsecy@rumberger.com
Attorney for Defendant
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, FL 33130-3037
Phone No.: (305)358-5577

Candy L. Messersmith, Esquire
Rumberger, Kirk & Caldwell, P.A.
cmessersmith@rumberger.com
docketingorlando@rumberger.com
cmessersmithsecy@rumberger.com
Attorney for Defendant
300 S. Orange Avenue, Suite 1400
Orlando, FL 32801
Phone No.: (407)872-7300

2

/s/ *MARK A. MATOVINA*

Mark A. Matovina, Esquire
Florida Bar No.:  563943
Attorney for Plaintiff
POLITIS & MATOVINA, P.A.
730 Dunlawton Avenue
Port Orange, FL  32127
Phone No.: (386)767-0911 (tlw)
Fax No.: (386)767-1994
eservice@PolitisLawFirm.com
Mark@Hereforyou.net